Certificate Number: 14424-PAE-DE-038913631

Bankruptcy Case Number: 24-13365



14424-PAE-DE-038913631

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2024, at 5:17 o'clock PM EDT, Lorri Ann Thompson completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 28, 2024        By:  /s/Mabelyn  Ramirez

                                 Name:  Mabelyn  Ramirez

                                 Title:  Instructor