**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-13365-AMC |
| | ) | |
| Lorri Ann Thompson | ) | |
| AKA: Lorri Scotton, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

**OBJECTION OF CAPITAL ONE AUTO FINANCE,
A DIVISION OF CAPITAL ONE, N.A.
TO CONFIRMATION OF DEBTOR'S PROPOSED PLAN**

Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), by and through its attorneys, Lavin, Cedrone, Graver, Boyd & DiSipio, files **Objection to Confirmation of Debtor's Proposed Plan** and states:

1. On October 22, 2021, Debtor Lorri Ann Thompson, entered into a with COAF in the principal amount of $37,937.57 (the "Contract") that referred and related to the purchase of a 2021 Nissan Rogue Utility 4D SV AWD 2.5L I4, V.I.N. JN8AT3BB7MW238138 (the "Motor Vehicle").

2. To secure the Contract, Debtor Lorri Ann Thompson granted a first lien on the Motor Vehicle in favor of COAF.

3. On September 19, 2024, Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

4. On October 04, 2024, Debtor filed a Proposed Plan (the "Plan").

5. The Chapter 13 Trustee has scheduled a Meeting of Creditors for November 22, 2024.

6. The plan lists the amount of the claim at $18,532.00 at 10.00% interest.

7. As of the September 19, 2024, the balance on Capital One Auto Finance, a division of Capital One, N.A. Total claim was $26,305.89.

8. The fair market value for the Motor Vehicle is $23,900.00. See attached Exhibit C.

9. COAF is entitled to a secured claim of $23,900.00 over the life of the plan.

10. For the foregoing reasons, COAF objects to confirmation of the Plan.

WHEREFORE **Capital One Auto Finance, a division of Capital One, N.A.**, respectfully requests this Honorable Court to deny confirmation of the Plan.

                                                Respectfully submitted,

                                                Lavin, Cedrone, Graver, Boyd & DiSipio

                                      BY: */s/* Regina Cohen
                                                Regina Cohen
                                                State Bar #57272
                                                Suite 500 190 North Independence Mall West
                                                6th & Race Streets
                                                Philadelphia, PA 19106
                                                (215) 351-7551
                                                Attorney for
                                                Capital One Auto Finance,
                                                a division of Capital One, N.A.

Dated: October 22, 2024