# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 24-13365-AMC |
| | ) | |
| Lorri Ann Thompson | ) | |
| AKA: Lorri Scotton, | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I certify that on October 22, 2024, I caused to be served a true and correct copy of the foregoing Objection to Confirmation by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail

Lorri Ann Thompson
1710 W. Bristol Street
Philadelphia, PA 19140

Via CM / ECF / NEF

MICHAEL A. CIBIK
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

KENNETH E. WEST
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

United States Trustee
Robert N.C. Nix Federal Building,
900 Market Street Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

/s/ Cathy Bush
4515 N. Santa Fe Ave.,
Oklahoma City, OK 73118