**AdaptHealth, LLC**
220 W Germantown Pike
Ste 250
Plymouth Meeting, PA 19462

paylocity

Direct Deposit Advice

**Check Date** August 23, 2024

**Voucher Number** 988206

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUPERIOR CREDIT | S | ***3400 | 1,605.76 |
| **Total Direct Deposits** | | | **1,605.76** |

130666   1077-320-56538   56584  988206  964632   **130666**

**Lorri Ann Thompson**
PO BOX 314
Royersford, PA 19468

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### AdaptHealth, LLC

**Lorri Ann Thompson**                                                                                           **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **56584** | Fed Taxable Income | **2,133.84** | Check Date **August 23, 2024**   Voucher Number **988206** |
| Location | **1077-320-56538** | Fed Filing Status | **S** | Period Beginning **August 3, 2024**   Net Pay **1,605.76** |
| Hourly | **$30.30** | State Filing Status | **S-0** | Period Ending **August 16, 2024**   Total Hours Worked **62.30** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | | | | 242.40 |
| Holiday | | | | 969.60 |
| Overtime | 45.45 | 2.08 | 94.69 | 499.19 |
| PTO | 30.30 | 16.00 | 484.80 | 3,067.88 |
| Regular | 30.30 | 60.22 | 1,824.58 | 36,503.62 |
| **Gross Earnings** | | **78.30** | **2,404.07** | **41,282.69** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 179.75 | 3,110.78 |
| MED | 30.94 | 531.98 |
| PA | 65.51 | 1,126.34 |
| PA-150803 | 21.34 | 366.90 |
| PA-SCH4 | 2.00 | 34.00 |
| PASUI-E | 1.68 | 28.89 |
| SS | 132.30 | 2,274.69 |
| **Taxes** | **433.52** | **7,473.58** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Premium | 40.44 | 687.48 |
| Life Ins | 16.04 | 272.68 |
| Long Term Disability | 27.27 | 463.59 |
| Medical 4 | 225.29 | 3,829.93 |
| On Demand Payment | 50.00 | 4,062.00 |
| On Demand Payment Fee | 1.25 | 8.75 |
| Vision | 4.50 | 76.50 |
| **Deductions** | **364.79** | **9,400.93** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUPERIOR CREDIT UNION | S | ***3400 | 1,605.76 |
| **Total Direct Deposits** | | | **1,605.76** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PAID | 11.67 | 52.00 |

AdaptHealth, LLC | 220 W Germantown Pike Ste 250  Plymouth Meeting, PA 19462 | (610) 630-6357 | FEIN: 45-5553972 | PA: 76-69297

| Parkhouse Operating LLC | | | | | **Earning Statement** bektek | | |
|---|---|---|---|---|---|---|---|
| 1600 Black Rock Road | | | | | Period Begin: 09/15/2024 | | |
| Royersford, PA 19468 | | | | | Period End: 09/28/2024 | | |
| | | | | | Pay Date: 10/04/2024 | | |

| Earning | Rate | Hours | Amount | Ytd | Other Benefit/Info | Amount | Ytd |
|---|---|---|---|---|---|---|---|
| Paid Regular | 38.00 | 65.75 | 2498.50 | 33972.00 | | | |
| Paid Overtime | | | | 213.75 | | | |
| Floor Orientation | | | | 1472.50 | **Funding Info (Account/Routing/Check #)** | | **Amount** |
| HOLOT (Hours) | | | | 294.50 | Acct: XXXXXXXX65382; Routing: XXXX15663 | | 2,015.91 |
| HOL-OT-BON (Hours) | | | | 147.25 | Total: | | 2,015.91 |
| | | 65.75 | 2,498.50 | 36,100.00 | **Employee Info** | | |
| **Tax** | | | | | Lorri Thompson | | |
| Federal Income Tax | | | -186.01 | -2342.39 | 1208 Richards Court | | |
| FICA | | | -154.91 | -2238.21 | Royersford, PA 19468 | | |
| Medicare | | | -36.23 | -523.45 | | | |
| Pennsylvania State Tax | | | -76.70 | -1108.29 | Department: Nursing | | |
| Pennsylvania SUI | | | -1.75 | -25.30 | Position: LPN | | |
| Upper Providence, Township of - EIT - Spring-Ford A S D (467303) | | | -24.99 | -361.03 | **Other Items** | **Amount** | **Ytd** |
| Upper Providence, Township of - LST - Spring-Ford A S D (467303) | | | -2.00 | -36.00 | | | |
| | | | -482.59 | -6,634.67 | **Important Notes:** | | |
| **Deduction** | | | | | None | | |
| | | | 0.00 | | | | |
| **Net Total** | | | **2015.91** | **29,465.33** | | | |

---

Parkhouse Operating LLC
1600 Black Rock Road
Royersford, PA 19468

Pay Date 10/04/2024
! NOT A CHECK !

Deposit       *** Two Thousand Fifteen Dollars and 91 Cents ***         $2,015.91

PAR12 8954141910

Deposit to the         Lorri Thompson                        !! STUB ONLY !!
account of             1208 Richards Court                   **NON-NEGOTIABLE**
                       Royersford, PA 19468

                                                             **VOID VOID**

NOT   FOR   DEPOSIT

AdaptHealth, LLC
220 W Germantown Pike
Ste 250
Plymouth Meeting, PA 19462

**Direct Deposit Advice**

**Check Date** August 9, 2024

**Voucher Number** 976322

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUPERIOR CREDIT | S | ***3400 | 1,738.59 |
| **Total Direct Deposits** | | | **1,738.59** |

130666  1077-320-56538  56584  976322  953053  **130666**

**Lorri Ann Thompson**
PO BOX 314
Royersford, PA  19468

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### AdaptHealth, LLC

**Lorri Ann Thompson**                                                                **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **56584** | Fed Taxable Income | **2,240.90** | Check Date **August 9, 2024** |
| Location | **1077-320-56538** | Fed Filing Status | **S** | Period Beginning **July 20, 2024** |
| Hourly | **$30.30** | State Filing Status | **S-0** | Period Ending **August 2, 2024** |

| | | |
|---|---|---|
| Voucher Number | **976322** |
| Net Pay | **1,738.59** |
| Total Hours Worked | **49.83** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | | | | 242.40 |
| Holiday | | | | 969.60 |
| Overtime | 45.45 | 2.08 | 94.69 | 404.50 |
| PTO | 30.30 | 32.00 | 969.60 | 2,583.08 |
| Regular | 30.30 | 47.75 | 1,446.84 | 34,679.04 |
| **Gross Earnings** | | **81.83** | **2,511.13** | **38,878.62** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 192.60 | 2,931.03 |
| MED | 32.49 | 501.04 |
| PA | 68.80 | 1,060.83 |
| PA-150803 | 22.41 | 345.56 |
| PA-SCH4 | 2.00 | 32.00 |
| PASUI-E | 1.76 | 27.21 |
| SS | 138.94 | 2,142.39 |
| **Taxes** | **459.00** | **7,040.06** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Premium | 40.44 | 647.04 |
| Life Ins | 16.04 | 256.64 |
| Long Term Disability | 27.27 | 436.32 |
| Medical 4 | 225.29 | 3,604.64 |
| On Demand Payment | | 4,012.00 |
| On Demand Payment Fee | | 7.50 |
| Vision | 4.50 | 72.00 |
| **Deductions** | **313.54** | **9,036.14** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUPERIOR CREDIT UNION | S | ***3400 | 1,738.59 |
| **Total Direct Deposits** | | | **1,738.59** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PAID | 21.51 | 36.00 |

AdaptHealth, LLC | 220 W Germantown Pike Ste 250  Plymouth Meeting, PA 19462 | (610) 630-6357 | FEIN: 45-5553972 | PA: 76-69297

**AdaptHealth, LLC**
220 W Germantown Pike
Ste 250
Plymouth Meeting, PA 19462

paylocity

**Direct Deposit Advice**

**Check Date**  July 12, 2024

**Voucher Number**  952098

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUPERIOR CREDIT | S | ***3400 | 1,044.15 |
| **Total Direct Deposits** | | | **1,044.15** |

130666   1077-320-56538   56584   952098   929457   **130666**

**Lorri Ann Thompson**
PO BOX 314
Royersford, PA  19468

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### AdaptHealth, LLC

**Lorri Ann Thompson**                                                                                           **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **56584** | Fed Taxable Income | **2,093.68** | Check Date **July 12, 2024**   Voucher Number **952098** |
| Location | **1077-320-56538** | Fed Filing Status | **S** | Period Beginning **June 22, 2024**   Net Pay **1,044.15** |
| Hourly | **$30.30** | State Filing Status | **S-0** | Period Ending **July 5, 2024**   Total Hours Worked **62.02** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Bereaveme | 30.30 | 8.00 | 242.40 | 242.40 |
| Holiday | 30.30 | 8.00 | 242.40 | 969.60 |
| Overtime | | | | 309.81 |
| PTO | | | | 1,492.28 |
| Regular | 30.30 | 62.02 | 1,879.11 | 30,956.15 |
| **Gross Earnings** | | **78.02** | **2,363.91** | **33,970.24** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 174.93 | 2,559.50 |
| MED | 30.36 | 437.71 |
| PA | 64.28 | 926.73 |
| PA-150803 | 20.94 | 301.88 |
| PA-SCH4 | 2.00 | 28.00 |
| PASUI-E | 1.65 | 23.77 |
| SS | 129.81 | 1,871.57 |
| **Taxes** | **423.97** | **6,149.16** |

| Deductions | Amount | YTD |
|---|---|---|
| Dental Premium | 40.44 | 566.16 |
| Life Ins | 16.04 | 224.56 |
| Long Term Disability | 27.27 | 381.78 |
| Medical 4 | 225.29 | 3,154.06 |
| On Demand Payment | 581.00 | 4,012.00 |
| On Demand Payment Fee | 1.25 | 7.50 |
| Vision | 4.50 | 63.00 |
| **Deductions** | **895.79** | **8,409.06** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| SUPERIOR CREDIT UNION | S | ***3400 | 1,044.15 |
| **Total Direct Deposits** | | | **1,044.15** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| PAID | 45.21 | 18.25 |

AdaptHealth, LLC | 220 W Germantown Pike Ste 250  Plymouth Meeting, PA 19462 | (610) 630-6357 | FEIN: 45-5553972 | PA: 76-69297