United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13365-amc |
| Lorri Ann Thompson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 28, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lorri Ann Thompson, 1710 W. Bristol Street, Philadelphia, PA 19140-1808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 02, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lorri Ann Thompson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LORRI ANN THOMPSON                :
                                         :
                                         :
                                         :   CHAPTER 13
           Debtor                        :   NO. 24-13365

## CONSENT ORDER REGARDING DEBTOR'S PERSONAL INJURY CLAIM

The undersigned counsel agree on this date, ____2/17/2025_____ to the following:

1. Debtor is pursuing, through __Kelly J. Adams_____, Esquire a personal injury claim against __Wawa_____ ("Claim").

2. The time period for the Debtor(s) to exempt any of the net proceeds of the Claim shall be tolled until 30 days after Debtor(s)' counsel provides written notice to the Trustee of any moneys recovered for the Claim, and the deadline for the Trustee to object to any exemptions regarding the Claim shall extended until 30 days after the notice is provided to the Trustee or the exemptions are filed, which is latter.

3. Debtor(s)' personal injury counsel shall make no distribution of any funds recovered regarding the Claim without prior written consent of the Chapter 13 Trustee or by further Order of the Bankruptcy Court.

4. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

1

5. The parties hereto request the Court enter this agreement as a Consent Order.

_____, **Esquire**

By: _____
**Attorney for Debtor(s)**

_____, **Esquire**

By: /s/Kelly J. Adams
**Personal Injury Attorney for Debtor**

**Office of Standing Chapter 13 Trustee**

By: */s/ Kenneth E. West*
Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street (Septa Building)
Suite 18-341
Philadelphia, PA 19107
Phone:   215-627-1377, ext 101
Fax:       215-627-6299

**IT IS SO ORDERED:**

**Dated:**_____      _____

**Date: February 28, 2025**              _____,
**United States Bankruptcy Court**

2