# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Lorri Ann Thompson,

        Debtor.

Case No. 24-13365-AMC

Chapter 13

## Certificate of Service

    I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Lorri Ann Thompson
1710 W. Bristol Street
Philadelphia, PA 19140

Date: April 30, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com