United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-13365-amc
Lorri Ann Thompson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorri Ann Thompson, 1710 W. Bristol Street, Philadelphia, PA 19140-1808 |
| 14928522 | + | Guardian Protection Services, Attn: Bankruptcy, 835 Sussex Blvd Satellite 4, Broomall, PA 19008-4310 |
| 14928524 | | Mainline Health, Attn: Bankruptcy, 240 N Radnor Chester Rd, Wayne, PA 19087-5170 |
| 14928526 | + | NVR Mortgage, Attn: Bankruptcy Attn: Bankruptcy, 11700 Plaza America Dr , Ste 500, Reston, VA 20190-4792 |
| 14928535 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14928537 | ++ | REALPAGE INC, 2201 LAKESIDE BOULEVARD, RICHARDSON TX 75082-4305 address filed with court:, RealPage, Attn: Bankruptcy 2201 Lakeside Blvd., Richardson, TX 75082 |
| 14928538 | + | Superior Cu, P.o. Box 4519, Carol Stream, IL 60197-4519 |
| 14928543 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 01 2025 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2025 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14928509 | | Email/Text: bankruptcy@rentacenter.com | May 01 2025 00:29:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14928510 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 01 2025 01:25:09 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14928511 | | Email/Text: ally@ebn.phinsolutions.com | May 01 2025 00:28:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14928515 | | Email/Text: megan.harper@phila.gov | May 01 2025 00:29:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14928516 | | Email/Text: megan.harper@phila.gov | May 01 2025 00:29:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14928512 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 01 2025 00:52:44 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14928513 | | Email/PDF: acg.coaf.ebn@aisinfo.com | May 01 2025 01:24:11 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14930246 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 01 2025 01:09:46 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14936395 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 24-13365-amc   Doc 31   Filed 05/02/25   Entered 05/03/25 00:38:40   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14932688 | + | Email/PDF: ebn_ais@aisinfo.com | May 01 2025 01:35:44 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14928514 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 01 2025 00:52:04 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14928517 | | Email/Text: bankruptcy@philapark.org | May 01 2025 00:53:34 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14928518 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2025 00:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14928519 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 01 2025 00:29:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14928520 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 01 2025 00:29:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14928521 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 01 2025 00:29:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14928523 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 01 2025 01:10:03 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14947408 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 01 2025 00:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14947076 | + | Email/Text: bankruptcydpt@mcmcg.com | May 01 2025 00:29:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14928525 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 01 2025 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14928527 | + | Email/PDF: cbp@omf.com | May 01 2025 00:29:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14928528 | | Email/PDF: cbp@omf.com | May 01 2025 00:36:02 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14928529 | + | Email/Text: bankruptcygroup@peco-energy.com | May 01 2025 00:52:14 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14928530 | | Email/Text: fesbank@attorneygeneral.gov | May 01 2025 00:28:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14928534 | | ^ MEBN | May 01 2025 00:28:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14928531 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 01 2025 00:21:44 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14928532 | | ^ MEBN | May 01 2025 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14928536 | | Email/Text: bankruptcy@philapark.org | May 01 2025 00:21:53 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14928537 | | Email/Text: bankruptcynotices@realpage.com | May 01 2025 00:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14928539 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2025 00:29:00 | RealPage, Attn: Bankruptcy 2201 Lakeside Blvd., Richardson, TX 75082 |
| 14928540 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2025 00:36:04 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14928541 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 01 2025 00:52:36 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| | | | May 01 2025 00:53:28 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 30, 2025 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 14928542 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 01 2025 00:29:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14928544 | | Email/Text: bankruptcies@uplift.com | May 01 2025 00:28:00 | Uplift Inc, Attn: Bankruptcy 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 14942192 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 01 2025 00:29:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14928545 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | May 01 2025 00:34:40 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14928533 | | PennyMac Loan Services, LLC, Unit, Los Angeles,, Attn:, PO Box 514387, CorrespondenceCA90051 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Lorri Ann Thompson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Lorri Ann Thompson,

Debtor. : 24-13365-AMC

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either:**

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: April 30, 2025

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCY JUDGE